MARION TITUS, SBN 278032
MATTHEW BECKER, SBN 262816
25 Cadillac Drive, Suite 270
Sacramento, CA 95825
Phone:  (916) 519-3523
            (916) 591-5150
Email:  Titus04@gmail.com
            beckerlawpractice@gmail.com

Attorneys for Plaintiff JOHN DENECOCHEA

CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email:  rlc@creggerlaw.com

Attorneys for Defendant COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOHN DENECOCHEA, | No.: 2:13-cv-01906 MCE CKD |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF COUNTY OF SACRAMENTO AND ORDER THEREON** |
| vs. | |
| CALIFORNIA HIGHWAY PATROL, SERGEANT SCOTT BALAND, OFFICER STEVEN HAWKINSON, OFFICER GREG MARTENS, ADAM FAIRMAN, SUTTER MEMORIAL HOSPITAL, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, CITY OF SACRAMENTO, JOHN DOES 1-100, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff JOHN DENECOCHEA and Defendant COUNTY OF SACRAMENTO through their attorneys of record that the

CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION OF DISMISSAL AND ORDER THEREON
Case No. 2:13-CV-01906 MCE CDK

1

above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1) as to Defendant COUNTY OF SACRAMENTO ONLY.  Each party is to bear its own costs and attorneys' fees.

DATE:  April 30, 2014

/s/ Marion Titus_____
MARION TITUS/MATTHEW BECKER
Attorneys for Plaintiff JOHN DENECOCHEA

DATE:  April  30, 2014     CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant_____
ROBERT L. CHALFANT
Attorneys for Defendant COUNTY OF SACRAMENTO

**ORDER**

IT IS SO ORDERED.

Dated:  May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION OF DISMISSAL AND ORDER THEREON
Case No. 2:13-CV-01906 MCE CDK

2