UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DENECOCHEA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, SERGEANT SCOTT BALAND, OFFICER STEVEN HAWKINSON, OFFICER GREG MARTENS, ADAM FAIRMAN, SUTTER MEMORIAL HOSPITAL, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, CITY OF SACRAMENTO, JOHN DOES, 1 through 100,<br><br>　　　　　Defendant. | No.  2:13-cv-01906-MCE-CKD<br><br>**ORDER** |

The Court is in receipt of the proposed Consent Order Granting Substitution of Attorneys in this matter (ECF No. 37).  That proposed Consent Order was mistakenly docketed as a Motion to Withdraw.

Having determined that Wendy H. Chau has agreed to substitute in to this matter as counsel for Plaintiff with the consent of both Plaintiff and Plaintiff's prior counsel, Marion Titus and Matthew Becker, the Court hereby approves said substitution.

///

1 | The Clerk of Court is ordered to substitute in Wendy H. Chau as Plaintiff's counsel
2 | for all purposes, and to relieve Marion Titus and Matthew Becker of any further
3 | obligation with respect to Plaintiff's representation. The Clerk of Court is also directed to
4 | terminate the incorrect designation of the Proposed Consent Judgment as a Motion to
5 | Withdraw (ECF No. 37).

IT IS SO ORDERED.

Dated: December 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT