IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DENECOCHEA,** | Case No. 2:13-cv-01906-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| **CALIFORNIA HIGHWAY PATROL, SERGEANT SCOTT BALAND, OFFICER STEVEN HAWKINSON, OFFICER GREG MARTENS, ADAM FAIRMAN, SUTTER MEMORIAL HOSPITAL, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, CITY OF SACRAMENTO, JOHN DOES, 1 through 100,** | |
| Defendants. | |

Having reviewed Defendants' Unopposed Motion (ECF No. 90) to Modify the Court's Scheduling Order (ECF No. 80), and good cause appearing, said Motion is GRANTED. The Pretrial Scheduling Order is hereby modified so as to extend the date for taking depositions to

///

///

///

///

1 | February 10, 2017, and to further extend the date for disclosure of expert witness information to
2 | March 10, 2017.   All other dates and deadlines remain in full force and effect.
3 |     IT IS SO ORDERED.

Dated: January 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE