IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DENECOCHEA,** | Case No. 2:13-cv-01906-MCE-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, SERGEANT SCOTT BALAND, OFFICER STEVEN HAWKINSON, OFFICER GREG MARTENS, ADAM FAIRMAN, SUTTER MEMORIAL HOSPITAL, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, CITY OF SACRAMENTO, JOHN DOES, 1 through 100,** | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED Defendants Steven Hawkinson and Gary Martens application to modify the Pretrial Scheduling Order (ECF 96) by extending the date to disclose expert witnesses is GRANTED. Defendant shall disclose expert witnesses on or before October 18, 2017. All other dates and deadlines remain in effect.

IT IS SO ORDERED.

Dated: September 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE