# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DENECOCHEA, | No. 2:13-cv-01906-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA HIGHWAY PATROL, ET AL., | |
| Defendants. | |

    The Court has reviewed the parties' Joint Notice of Trial Readiness and due to the Court's trial schedule for the remainder of 2018 and the beginning of 2019, this matter is set for a Status Re: Trial Setting on March 7, 2019, at 2:00 p.m. in courtroom 7. Counsel are ordered to file a joint status report not later than ten (10) days before this hearing. To expedite resolution of this matter, the parties are reminded of Local Rule 305(a) and may consent to trial before a magistrate judge.

DATED: October 9, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1