Wendy H. Chau, SBN 278801
Law offices of Wendy H. Chau
580 California St. Suite 1200
San Francisco, CA 94104
Ph. (415)539-6116
info@attorneychau.com

Attorney for Plaintiff:
John DeNecohea

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DENECOCHEA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN HAWKINSON and GARY MARTENS, et al.<br><br>Defendants. | Case No 2:13-cv-01906-MCE-CKD<br><br><br>ORDER TO REOPEN DISCOVERY FOR LIMITED PURPOSES TO OBTAIN JAILHOUSE VIDEO |

Having reviewed the parties' Stipulated Agreement to Reopen Discovery for Limited

Purpose to Obtain Jailhouse Video of Subject Incident, and good cause appearing, the Court

hereby grants the request to reopen discovery, to and including December 18, 2019, for said

limited purpose of obtaining a video related to this case from the Sacramento County Main Jail.

The parties may issue subpoenas as needed to obtain the video from Sacramento County.

        IT IS SO ORDERED.

Dated:  October 15, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1